IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| DONTA PERKINS | : | No. 23-66 |

### ORDER

**AND NOW**, this 6th day of November, 2023, upon consideration of Donta Perkins's Motion to Dismiss the Indictment (Doc. No. 15) and the Government's Response in Opposition (Doc. No. 16), it is **ORDERED** that the Motion (Doc. No. 15) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**