## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DONTA PERKINS

CRIMINAL ACTION
NO. 23-66

## ORDER

**AND NOW**, this 14th day of November, 2025, upon consideration of Donta Perkins's Motion for Compassionate Release (Dkt. No. 61), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

**_/s/ Gerald J. Pappert_**
Gerald J. Pappert, J.